UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ALVARADO,<br><br>        Petitioner,<br><br>   v.<br><br>CAMILLA WAMSLEY, *et al.*,<br><br>        Respondents. | Case No. C25-2375-RSM-BAT<br><br>ORDER REASSIGNING CASE TO JUDGE ESTUDILLO |

Upon review of the file in this matter, the Court finds cause for re-assignment. This case shall now be re-assigned to the Honorable David G. Estudillo, United States District Judge, as related to Case No. C25-2374-DGE-GJL. All future documents in this matter must bear case numbers ending in "DGE" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records reflecting these changes. The Clerk is directed to send a copy of this Order to the parties.

DATED this 25th day of November, 2025.

                                                          Ricardo S. Martinez
                                                          United States District Judge

ORDER - 1